### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| AMERICAN RAILCAR LEASING, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 4:16-cv-01905-SPM |
| | ) |
| MUSKET CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), and consistent with the Confidential Settlement Agreement and Release executed by Plaintiff American Railcar Leasing, LLC and Defendant Musket Corporation, Plaintiff hereby moves to dismiss its claims against Defendant WITH PREJUDICE, with each party bearing its own attorneys' fees and costs.  Defendant consents to this Motion.  A Proposed Order dismissing the case with prejudice is attached as Exhibit A.

WHEREFORE Plaintiff American Railcar Leasing LLC moves that the Court enter an order dismissing the above-captioned case with prejudice, with each party bearing its own attorneys' fees and costs, and for any further relief that the Court deems just and appropriate.

Respectfully submitted,

**STINSON LEONARD STREET LLP**

By: */s/ Jamie L. Boyer*
Jamie L. Boyer, #55209
7700 Forsyth Blvd, Suite 1100
St. Louis, Missouri 63105
Telephone: (314) 863-0800
Facsimile:  (314) 863-9388
jamie.boyer@stinson.com
*Attorneys for Plaintiff*
*American Railcar Leasing, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record via the Court's ECF system on this 20th day of April, 2017:

                                       */s/ Jamie L. Boyer*
                                       Jamie L. Boyer